UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORNELIUS LORENZO WILSON
(#356241)

VERSUS

CARL DABADIE, JR., ET AL.

CIVIL ACTION

17-578-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated October 8, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's action is hereby DISMISSED, WITH PREJUDICE, as legally frivolous and malicious pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's pending *Motion*[4] is hereby DENIED AS MOOT.

Signed in Baton Rouge, Louisiana on November 4, 2019.

*Shelly D Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 25.
[3] Rec. Doc. 26.
[4] Rec. Doc. 24.